UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------------------------ x
SANTA CRUZ LESBIAN AND GAY COMMUNITY :
CENTER d/b/a THE DIVERSITY CENTER OF :
SANTA CRUZ; LOS ANGELES LGBT CENTER; :
AIDS FOUNDATION OF CHICAGO; B. BROWN :
CONSULTING, LLC; BRADBURY-SULLIVAN :
LGBT COMMUNITY CENTER; NO/AIDS TASK :
FORCE d/b/a CRESCENTCARE; SERVICES AND :
ADVOCACY FOR GLBT ELDERS; DR. WARD :
CARPENTER, :  Case No. 20-cv-07741-VKD
:
                 *Plaintiffs*, :
   v. :  **DECLARATION OF SERVICE**
:
DONALD J. TRUMP, in his official capacity as :
President of the United States; U.S. DEPARTMENT :
OF LABOR; EUGENE SCALIA, in his official :
capacity as Secretary of Labor; CRAIG E. LEEN, in :
his official capacity as Director of the Office of :
Federal Contract Compliance Programs; OFFICE OF :
MANAGEMENT AND BUDGET; RUSSELL :
VOUGHT, in his official capacity as Director of the :
Office of Management and Budget; U.S. :
DEPARTMENT OF HEALTH AND HUMAN :
SERVICES; ALEX M. AZAR II, in his official :
capacity as Secretary of Health and Human Services; :
U.S. DEPARTMENT OF JUSTICE; WILLIAM :
PELHAM BARR, in his official capacity as United :
States Attorney General; U.S. DEPARTMENT OF :
HOUSING AND URBAN DEVELOPMENT; :
BENJAMIN SOLOMON CARSON, SR., in his :
official capacity as Secretary of Housing and Urban :
Development; U.S. DEPARTMENT OF VETERANS :
AFFAIRS; ROBERT WILKIE, in his official capacity :
as Secretary of Veterans Affairs; NATIONAL :
ENDOWMENT FOR THE HUMANITIES; JON :
PARRISH PEEDE, in his official capacity as :
Chairman of the National Endowment for the :
Humanities; NATIONAL ENDOWMENT FOR THE :
ARTS; MARY ANNE CARTER, in her official :
capacity as Chairman of the National Endowment for :
the Arts, :
:
                 *Defendants*. :
------------------------------------------------------------------ X

1

DECLARATION OF SERVICE

DECLARATION OF SERVICE

I, William Richard Allen, hereby declare that:

1. On November 4, 2020, I caused to be deposited with the United States Postal Service copies of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to the following:

Alex M. Azar II
U.S. Department of Health and Human Services
200 Independence Ave, SW
Washington, DC 20201

2. I attached to this declaration, the Certified Mail Receipt, No. 7019 2970 0001 6923 0998 and the United States Postal Service tracking indicating that delivery of the summons and complaint was made upon Alex M. Azar II on November 9, 2020.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2020

/s/ William Richard Allen
William Richard Allen

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To: Alex M. Azar II
Street and: 200 Independence Ave, SW
City, State: Washington, DC 20201

Allen
107298-9999

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 2970 0001 4923 0998

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove 

**Tracking Number:** 70192970000169230998

Your item was delivered to the front desk, reception area, or mail room at 7:07 am on November 9, 2020 in WASHINGTON, DC 20201.

## ⊘ Delivered

November 9, 2020 at 7:07 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**November 9, 2020, 7:07 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201
Your item was delivered to the front desk, reception area, or mail room at 7:07 am on November 9, 2020 in WASHINGTON, DC 20201.

**November 8, 2020, 10:39 am**
Available for Pickup
WASHINGTON, DC 20201

**November 8, 2020, 8:24 am**
Arrived at Hub
WASHINGTON, DC 20018

**November 8, 2020, 6:10 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**November 7, 2020**
In Transit to Next Facility

**November 5, 2020, 12:15 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**Product Information** 

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**