# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SANTA CRUZ LESBIAN AND GAY COMMUNITY CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 20-cv-07741-BLF<br><br>**ORDER GRANTING STIPULATION, AS MODIFIED BY THE COURT**<br><br>[Re: ECF 52] |

The Court has received the parties' stipulation. ECF 52. The Court is unavailable on December 3, 2020, so the hearing will be set for **December 10, 2020, at 9:00 a.m**. Since the Court is already allowing the parties to shorten the required briefing schedule, *see* Standing Order Re Civil Cases, it will remain as stipulated: Defendants shall file their Opposition to the PI Motion by November 25, 2020, and Plaintiffs shall file their reply by December 1, 2020, at 5:00 P.M.

**IT IS SO ORDERED.**

Dated: November 17, 2020

_____
BETH LABSON FREEMAN
United States District Judge