United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

SANTA CRUZ LESBIAN AND GAY COMMUNITY CENTER, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 20-cv-07741-BLF

**ORDER REQUESTING CHAMBERS COPIES**

The parties shall submit chambers copies of briefs and exhibits associated with all future motions on which the Court will hold a hearing, including the December 10, 2020 hearing. *See* Standing Order Re Civil Cases § IX. All exhibits shall be tabbed. The Court REQUESTS that chambers copies for the upcoming hearing shall be submitted as quickly after filing as possible.

**IT IS SO ORDERED.**

Dated: November 17, 2020

BETH LABSON FREEMAN
United States District Judge