1   VICTORIA STILWELL, Staff Attorney (SBN # 330397)
    JONATHAN B. MILLER, Legal Director
2   LIJIA GONG, Counsel
    Public Rights Project
3   4096 Piedmont Avenue, #149
    Oakland, CA 94611
4   Tel: 828-413-0077
5   tori@publicrightsproject.org

6   PETER S. HOLMES
    Seattle City Attorney
7   JEREMIAH MILLER
    DERRICK DE VERA
8   Assistant City Attorneys
9   Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
10  Seattle, WA 98104-7095
    Tel.: 206-684-5495
11  jeremiah.miller@seattle.gov

12  *Attorneys for Amici Cities and Counties*

13

14              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
15                     **SAN JOSE DIVISION**

16  SANTA CRUZ LESBIAN AND GAY              Case No. 20-cv-07741-BLF
    COMMUNITY CENTER d/b/a THE DIVERSITY
17  CENTER OF SANTA CRUZ, et al.,          **MOTION FOR LEAVE TO FILE**
                                           **BRIEF AS AMICI CURIAE IN**
18                          *Plaintiffs*,  **SUPPORT OF PLAINTIFFS' MOTION**
                                           **FOR PRELIMINARY INJUNCTION**
19                  v.
                                           Hearing Date: December 10, 2020
20  DONALD J. TRUMP, in his official capacity as   Hearing Time: 9:00 A.M.
    President of the United States, et al.,        Trial Date: None Set
21
22                          *Defendants*.

23

24

25

26

27

28
                                    1

**INTRODUCTION**

This Court will hear Plaintiff's motion for a nationwide preliminary injunction against Executive Order 13950, "Combatting Race and Sex Stereotyping" ("Executive Order") on December 10, 2020, at 9:00 A.M. The City of Seattle, together with 20 cities and counties ("*amici*"), request leave of the court to submit the attached *amici curiae* brief in support of Plaintiffs' motion. Plaintiffs have consented to the filing of the amicus. Defendants take no position.

*Amici* are local governments entrusted with protecting and ensuring the welfare of our residents. Achieving this mission requires remedying the harmful effects of systematic racism, sexism, and other forms of discrimination against ethnic, religious, sexual, linguistic, and other minorities. The Executive Order frustrates this goal by burdening the use of diversity trainings, a tool that *amici* rely on to further essential racial- and gender-justice efforts within our jurisdictions. The Executive Order threatens the withdrawal of crucial funding from those who employ or provide such trainings. Accordingly, *amici* have a substantial interest in the outcome of this litigation.

**ARGUMENT**

This Court has recognized that whether to allow a party to file an amicus brief is "solely within the Court's discretion, and generally courts have exercised great liberality in permitting amicus briefs." *California v. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (citations omitted) (internal quotation marks omitted). Those seeking to appear as amicus "must merely make a showing that [their] participation is useful or otherwise desirable to the court." *Id.* "District courts frequently welcome amicus curiae briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Sonoma Falls Developers, LLC. v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (internal quotation marks omitted); *see also Miller-Wohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982) (noting that "the classic role of amicus curiae" includes "assisting in a case of general public interest" and "supplementing the efforts of counsel").

*Amici*'s motion seeking leave to file should be granted as this is a case of significant general

public interest. *See Miller-Wohl Co.*, 694 F.2d at 204. The Executive Order threatens funding cuts to all federal contractors who use diversity trainings that reinforce concepts such as unconscious and systemic bias. *Amici* provide essential services to the public and seek to further the goal of eradicating the continuing harms of systemic and institutionalized discrimination. The Executive Order is an unconstitutional interference with this public mission, and thus has ramifications on parties beyond those directly involved. *See Sonoma Falls Developers, LLC*, 272 F. Supp. 2d at 925.

The proposed submission also offers an additional perspective to the Court on the importance of diversity trainings. *See id. Amici* have relied on comprehensive diversity trainings to strengthen our relationships with our communities. They are especially crucial to the delivery of the essential services that local governments provide every day. Cities are becoming increasingly diverse, and diversity trainings can strengthen governmental cultural competencies and help local governments better understand the perspective and concerns of diverse communities. These trainings are relevant to nearly all of *amici's* operations, from criminal justice to housing to public health. *Amici* benefit tremendously from the use of these trainings, as we seek to attain equity in governmental outcomes and processes.

In addition to supporting the work of serving our diverse communities, comprehensive diversity training also helps support local governments' inward-facing, organizational goals. *Amici* strive to ensure that our ranks are reflective of the communities we serve. Training creates awareness of and sensitivity to difference, while highlighting the value that different perspectives add to a workforce. Overall, they foster an environment where diverse workforces can thrive.

The proposed brief also informs the Court's perspective on the scope of harms, as *amici* are non-parties that are both directly and indirectly harmed by the Executive Order. All *amici* receive and rely on funding from the federal government. All *amici* use diversity training as part of our programming to combat systemic discrimination. All *amici* also provide essential services to the public—services that may be hampered because of the Executive Order.

Furthermore, due to the vague wording of the Executive Order, it is unclear which trainings and funding streams are implicated, and thus *amici* have spent resources contingency planning. Without clear guidance, essential funding for *amici* may be withdrawn because of the difficulties

3

with compliance. *Amici* are also concerned about the effects of the Executive Order on essential service providers such as Plaintiffs. Because the Executive Order threatens funding to those providers, *amici* may be required to increase provisioning of their services to compensate.

## CONCLUSION

For the forgoing reasons, *amici* seek leave of this Court to file the attached *amici curiae* brief and respectfully request that the Court grant the motion for preliminary injunction.

Dated: December 3, 2020                    Respectfully submitted,

                                             */s/ Victoria Stilwell*
                                             VICTORIA STILWELL, Staff Attorney
                                             (SBN # 330397)
                                             JONATHAN B. MILLER, Legal Director
   LIJIA GONG, Counsel
   Public Rights Project
   4096 Piedmont Avenue, #149
   Oakland, CA 94611
   Tel: 828-413-0077
   tori@publicrightsproject.org

   PETER S. HOLMES
   Seattle City Attorney
   JEREMIAH MILLER
   DERRICK DE VERA
   Assistant City Attorneys
   Seattle City Attorney's Office
   701 Fifth Avenue, Suite 2050
   Seattle, WA 98104-7095
   Tel.: 206-684-5495
   jeremiah.miller@seattle.gov

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Victoria Stilwell, hereby certify that the foregoing *Motion for Leave to File Brief as Amici Curiae* was served on the attorney of record for each party through the CM/ECF system and will be sent electronically to the registered participants on December 3, 2020.

Dated: December 3, 2020

*/s/ Victoria Stilwell*
Victoria Stilwell

Case No. 20-cv-07741-BLF
MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION