UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

SANTA CRUZ LESBIAN AND GAY COMMUNITY CENTER d/b/a THE DIVERSITY CENTER OF SANTA CRUZ, et al.

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

*Defendants*.

No. 20-cv-07741-BLF

### [PROPOSED] ORDER

For the reasons stated in the motion filed by the City of Seattle and 20 Cities and Counties, the Motion for Leave to File a Brief as *Amici Curiae* is GRANTED.

Dated: December _____, 2020

_____
Hon. Beth Labson Freeman
United States District Judge