ANNE JOHNSON PALMER (SBN 302235)
*Anne.JohnsonPalmer@ropesgray.com*
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6337

DOUGLAS HALLWARD-DRIEMEIER*
*Douglas.Hallward-Driemeier@ropesgray.com*
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Telephone: (202) 508-4776

KIRSTEN MAYER*
*Kirsten.Mayer@ropesgray.com*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7753

KIRSTEN MAYER*
*Kirsten.Mayer@ropesgray.com*
JESSICA L. SOTO*
*Jessica.Soto@ropesgray.com*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7753

ETHAN M. WEINBERG*
*Ethan.Weinberg@ropesgray.com*
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9688

JENNIFER C. PIZER (SBN 152327)
*jpizer@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
4221 Wilshire Boulevard, Suite 280
Los Angeles, California 90010
Telephone: (213) 590-5903

CAMILLA B. TAYLOR*
*ctaylor@lambdalegal.org*
SCOTT A. SCHOETTES*
*sschoettes@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
65 E. Wacker Place, Suite 2000
Chicago, Illinois 60601
Telephone: (312) 663-4413

M. CURREY COOK*
*ccook@lambdalegal.org*
OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: (212) 809-8585

KAREN L. LOEWY*
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Telephone: (202) 804-6245

AVATARA SMITH-CARRINGTON*
*asmithcarrington@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, Texas 75219
Telephone: (214) 219-8585

*Counsel for Plaintiffs*
*Appearing *pro hac vice*

JOINT STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) EXTENDING DEADLINE TO RESPOND TO COMPLAINT BY 30 DAYS TO FEBRUARY 3, 2020,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRAD P. ROSENBERG
CARLOTTA P. WELLS
Assistant Branch Directors

ZACHARY A. AVALLONE (SBN 295545)
*Zachary.A.Avallone@usdoj.gov*
ELLIOTT M. DAVIS
*Elliott.M.Davis@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Telephone: (202) 514-2705

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SANTA CRUZ LESBIAN AND GAY COMMUNITY CENTER d/b/a THE DIVERSITY CENTER OF SANTA CRUZ; LOS ANGELES LGBT CENTER; AIDS FOUNDATION OF CHICAGO; B. BROWN CONSULTING, LLC; BRADBURY-SULLIVAN LGBT COMMUNITY CENTER; NO/AIDS TASK FORCE d/b/a CRESCENTCARE; SERVICES AND ADVOCACY FOR GLBT ELDERS; DR. WARD CARPENTER,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF LABOR; EUGENE SCALIA, in his official capacity as Secretary of Labor; CRAIG E. LEEN, in his official capacity as Director of the Office of Federal Contract Compliance Programs; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; U.S. DEPARTMENT OF HEALTH AND HUMAN | Case No. 5:20-CV-07741-BLF<br><br>**JOINT STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) EXTENDING DEADLINE TO RESPOND TO COMPLAINT BY 30 DAYS TO FEBRUARY 3, 2020** |

Case No. 5:20-CV-07741-BLF
JOINT STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) EXTENDING
DEADLINE TO RESPOND TO COMPLAINT BY 30 DAYS TO FEBRUARY 3, 2020,

| | |
|---|---|
| SERVICES; ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF JUSTICE; WILLIAM PELHAM BARR, in his official capacity as United States Attorney General; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BENJAMIN SOLOMON CARSON, SR., in his official capacity as Secretary of Housing and Urban Development; U.S. DEPARTMENT OF VETERANS AFFAIRS; ROBERT WILKIE, in his official capacity as Secretary of Veterans Affairs; NATIONAL ENDOWMENT FOR THE HUMANITIES; JON PARRISH PEEDE, in his official capacity as Chairman of the National Endowment for the Humanities; NATIONAL ENDOWMENT FOR THE ARTS; MARY ANNE CARTER, in her official capacity as Chairman of the National Endowment for the Arts, | : : : : : : : : : : : : : : : : : : : |
| *Defendants.* | : |

-----------------------------------------------------------------X

Case No. 5:20-CV-07741-BLF
JOINT STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) EXTENDING DEADLINE TO RESPOND TO COMPLAINT BY 30 DAYS TO FEBRUARY 3, 2020,

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 6-1(a), the Parties stipulate and agree to extend the deadline to respond to the complaint by 30 days for all Defendants, such that Defendants' response to the complaint shall be due February 3, 2021.

**IT IS SO STIPULATED.**

Dated: December 29, 2020        UNITED STATES DEPT. OF JUSTICE
                                /s/ Zachary A. Avallone
                                Zachary A. Avallone
                                *Counsel for Defendants*

Dated: December 29, 2020        ROPES & GRAY LLP
                                /s/ Douglas Hallward-Driemeier
                                Douglas Hallward-Driemeier
                                *Counsel for Plaintiffs*

**CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that I have conferred with counsel for plaintiffs regarding this filing, and that I have obtained the concurrence of each signatory hereto in the filing of this document.

Dated: December 29, 2020   /s/ Zachary A. Avallone
Zachary A. Avallone (SBN 295545)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2705
Email: zachary.a.avallone@usdoj.gov

*Counsel for Defendants*