1  [Counsel identified on signature pages]

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

9

10 | SANTA CRUZ LESBIAN AND GAY COMMUNITY CENTER, *et al.*,

Case No. 5:20-CV-07741-BLF

11 | Plaintiffs,

12 | v.

**STIPULATION AND [PROPOSED] ORDER FOR 60-DAY STAY OF PROCEEDINGS**

13 | JOSEPH R. BIDEN JR., *et al.*,[1]

Hearing Date: April 1, 2021

14 | Defendants.

Time:        11:00 a.m.
Judge:      Hon. Beth Labson Freeman

15

16

17

18 [1] Pursuant to Federal Rule of Civil Procedure 25(d), Joseph R. Biden, Jr., is automatically substituted as a Defendant in his official capacity as President of the United States for former President Donald J. Trump; Al Stewart is automatically substituted as a Defendant in his official capacity as Acting Secretary of Labor for former Secretary Eugene Scalia; Jenny Yang is automatically substituted as a Defendant in her official capacity as Director of the Office of Federal Contract Compliance Programs for former Director Craig E. Leen; Rob Fairweather is automatically substituted as a Defendant in his official capacity as Acting Director of the Office of Management and Budget for former Director Russell Vought; Norris Cochran is automatically substituted as a Defendant in his official capacity as Acting Secretary of Health and Human Services for former Secretary Alex M. Azar II; Monty Wilkinson is automatically substituted as a Defendant in his official capacity as Acting United States Attorney General for former Attorney General William P. Barr; Matt Ammon is automatically substituted as a Defendant in his official capacity as Acting Secretary of Housing and Urban Development for former Secretary Benjamin Solomon Carson, Sr.; Dan Tran is automatically substituted as a Defendant in his official capacity as Acting Secretary of Veterans Affairs for former Secretary Robert Wilkie; and Ann Eilers is automatically substituted as a Defendant in her official capacity as Acting Chairman of the National Endowment for the Arts for former Chairman Mary Anne Carter.

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action, by their respective counsel, respectfully submit the following Joint Stipulation:

WHEREAS, for the reasons set forth below, and due to the pending transition to a new Administration, Defendants request a 60-day stay of the case in order to provide for an orderly transition and to let the new Administration assess this case;

WHEREAS Plaintiffs brought this suit "for declaratory and injunctive relief with respect to Executive Order 13950, titled Executive Order on Combating Race and Sex Stereotyping, as violating the First and Fifth Amendments to the United States Constitution," Compl. ¶ 1;

WHEREAS, on January 20, 2021, President Joseph R. Biden, Jr. signed Executive Order 13985 ("New Executive Order"), titled "Advancing Racial Equity And Support For Underserved Communities Through The Federal Government," which was published in the Federal Register at 86 FR 7009 (Jan. 25, 2021), with the full text available at https://www.federalregister.gov/d/2021-01753 (attached to this Stipulation as Exhibit 1);

WHEREAS the New Executive Order revokes Executive Order 13950 of September 22, 2020 (Combating Race and Sex Stereotyping), New Executive Order § 10(a);

WHEREAS the New Executive Order also states that: "The heads of agencies covered by Executive Order 13950 shall review and identify proposed and existing agency actions related to or arising from Executive Order 13950.  The head of each agency shall, within 60 days of the date of this order, consider suspending, revising, or rescinding any such actions, including all agency actions to terminate or restrict contracts or grants pursuant to Executive Order 13950, as appropriate and consistent with applicable law,"  New Executive Order § 10(b); and

WHEREAS parties previously stipulated to extend the deadline to respond to Plaintiffs' complaint by 30 days, ECF No. 84, and the requested extension was approved by the Court, ECF No. 85,

THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

a) That the Court enter a 60-day stay of this case, effective beginning on January 29, 2021 and lifting on March 30, 2021, with all deadlines commensurately shifted;

b) That the parties file a Joint Case Management Statement on March 26, 2021, for a Case Management Conference on April 1, 2021 at 11:00 a.m. PT;

c) That, should the parties not reach earlier resolution, the case shall restart on March 28, 2021 under the exact same schedule currently in place, but deadlines extended by 60 days; and

d) That the preliminary injunction entered by the Court in this case will remain in effect during the time of the stay unless the parties are able to reach earlier resolution.

Dated: January 29, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
CARLOTTA P. WELLS
Assistant Branch Directors

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE (SBN 295545)
ELLIOTT M. DAVIS
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Telephone: (202) 514-2705
Email: *Zachary.A.Avallone@usdoj.gov*

*Counsel for Defendants*

Dated: January 29, 2020

*/s/ Douglas Hallward-Driemeier*
DOUGLAS HALLWARD-DRIEMEIER*
Douglas.Hallward-Driemeier@ropesgray.com
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Telephone: (202) 508-4776

STIPULATION AND [PROPOSED] ORDER FOR 60-DAY STAY OF PROCEEDINGS

ANNE JOHNSON PALMER (SBN 302235)
Anne.JohnsonPalmer@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6337

KIRSTEN MAYER*
Kirsten.Mayer@ropesgray.com
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7753

KIRSTEN MAYER*
Kirsten.Mayer@ropesgray.com
JESSICA L. SOTO*
Jessica.Soto@ropesgray.com
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7753

ETHAN M. WEINBERG*
Ethan.Weinberg@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9688JENNIFER C. PIZER
(SBN 152327)
jpizer@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
4221 Wilshire Boulevard, Suite 280
Los Angeles, California 90010
Telephone: (213) 590-5903

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
SCOTT A. SCHOETTES*
sschoettes@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.

STIPULATION AND [PROPOSED] ORDER FOR 60-DAY STAY OF PROCEEDINGS

65 E. Wacker Place, Suite 2000
Chicago, Illinois 60601
Telephone: (312) 663-4413

M. CURREY COOK*
ccook@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: (212) 809-8585

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Telephone: (202) 804-6245

AVATARA SMITH-CARRINGTON*
asmithcarrington@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, Texas 75219
Telephone: (214) 219-8585

*Counsel for Plaintiffs*
*Appearing *pro hac vice*

STIPULATION AND [PROPOSED] ORDER FOR 60-DAY STAY OF PROCEEDINGS

1

## <u>CERTIFICATION</u>

2

      Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that I have conferred

3

with counsel for plaintiffs regarding this filing, and that I have obtained the concurrence of each

4

signatory hereto in the filing of this document.

5

6

    Dated: January 29, 2021               */s/ Zachary A. Avallone*

7
                                    Zachary A. Avallone (SBN 295545)

8
                                    United States Department of Justice

Civil Division, Federal Programs Branch

9
                                    1100 L Street, N.W.

Washington, D.C. 20005

10
                                    Tel: (202) 514-2705

Email: zachary.a.avallone@usdoj.gov

11
                                    *Counsel for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

This stipulation is GRANTED.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _____                    _____

                                                Hon. Beth Labson Freeman
                                                United States District Judge