1  JENNER & BLOCK LLP
   Brian Hauck (SBN 303058)
2  633 West 5th Street, Suite 3600
   Los Angeles, CA 90071
3  Phone: (213) 239-5100
   Facsimile: (213) 239-5199
4  bhauck@jenner.com

5  JENNER & BLOCK LLP
   Ishan K. Bhabha (admitted *pro hac vice*)
6  Noah B. Bokat-Lindell (admitted *pro hac vice*)
   Elizabeth B. Deutsch (admitted *pro hac vice*)
7  Kathryn L. Wynbrandt (admitted *pro hac vice*)
   1099 New York Avenue NW, Suite 900
8  Washington DC 20001
   Phone: (202) 639-6000
9  Facsimile: (202) 639-6066
   ibhabha@jenner.com
10 nbokatlindell@jenner.com
   kwynbrandt@jenner.com
11 edeutsch@jenner.com

12 *Counsel for Amici Curiae Institutions of Higher Education*

13

14                         **UNITED STATES DISTRICT COURT**
                           **NORTHERN DISTRICT OF CALIFORNIA**
15                           **SAN FRANCISCO/OAKLAND DIVISION**

16 | | |
|---|---|
| SANTA CRUZ LESBIAN AND GAY COMMUNITY CENTER d/b/a THE DIVERSITY CENTER OF SANTA CRUZ; LOS ANGELES LGBT CENTER; AIDS FOUNDATION OF CHICAGO; B. BROWN CONSULTING, LLC; BRADBURY-SULLIVAN LGBT COMMUNITY CENTER; NO/AIDS TASK FORCE d/b/a CRESCENTCARE; SERVICES AND ADVOCACY FOR GLBT ELDERS; DR. WARD CARPENTER, | Civil Action No. 5:20-CV-07741-BLF  **NOTICE OF CHANGE IN COUNSEL** |
| *Plaintiffs*, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF LABOR; EUGENE SCALIA, in his official capacity as Secretary | |

28

of Labor; CRAIG E. LEEN, in his official capacity as Director of the Office of Federal Contract Compliance Programs; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF JUSTICE; WILLIAM PELHAM BARR, in his official capacity as United States Attorney General; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BENJAMIN SOLOMON CARSON, SR., in his official capacity as Secretary of Housing and Urban Development; U.S. DEPARTMENT OF VETERANS AFFAIRS; ROBERT WILKIE, in his official capacity as Secretary of Veterans Affairs; NATIONAL ENDOWMENT FOR THE HUMANITIES; JON PARRISH PEEDE, in his official capacity as Chairman of the National Endowment for the Humanities; NATIONAL ENDOWMENT FOR THE ARTS; MARY ANNE CARTER, in her official capacity as Chairman of the National Endowment for the Arts,

*Defendants*.

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Elizabeth B. Deutsch is hereby withdrawn as an attorney of record for Amici Curiae Eight Institutions of Higher Education in this action. Counsel otherwise remains the same.

1  Dated: May 6, 2021                              Respectfully submitted,

2                                                   */s/ Brian Hauck*
                                                    Brian Hauck (SBN 303058)
3                                                   JENNER & BLOCK LLP
                                                    633 West 5th Street, Suite 3600
4                                                   Los Angeles, CA 90071
                                                    Phone:     (213) 239-5100
5                                                   Facsimile: (213) 239-5199
                                                    bhauck@jenner.com
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

>                             /s/ Brian Hauck
>                             Brian Hauck (SBN 303058)