**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SANTA CRUZ LESBIAN AND GAY COMMUNITY CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN JR., *et al.*,<br><br>Defendants. | Case No. 5:20-CV-07741-BLF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in light of Executive Order 13985 and the issuance of M-21-17, Plaintiffs Santa Cruz Lesbian and Gay Community Center d/b/a The Diversity Center of Santa Cruz; Los Angeles LGBT Center; AIDS Foundation of Chicago; B. Brown Consulting, LLC; Bradbury-Sullivan LGBT Community Center; NO/AIDS Task Force d/b/a/ CrescentCare; Services and Advocacy for GLBT Elders; and Dr. Ward Carpenter; and Defendants Joseph R. Biden, Jr., in his official capacity as President of the United States; U.S. Department of Labor; Martin J. Walsh, in his official capacity as Secretary of Labor; Jenny Yang, in her official capacity as Director of Office of Federal Contract Compliance Programs (OFCCP); Office of Management and Budget; Shalanda Young, in her official capacity as Acting Director of the Office of Management and Budget; U.S. Department of Health and Human Services; Xavier Bacerra, in his official capacity as Secretary of Health and Human Services; U.S. Department of Justice; Merrick B. Garland, in his official capacity as United States Attorney General; U.S. Department of Housing and Urban Development; Marcia L. Fudge, in her official capacity as Secretary of Housing and Urban Development; U.S. Department of Veterans Affairs; Dennis R. McDonough, in his official capacity of Secretary of Veterans Affairs; National Endowment for the Humanities; Adam Wolfson, in his official capacity as Acting Chairman for the National Endowment for the Humanities; National Endowment for the Arts; and Ann Eilers,

in her official capacity as Acting Chairman for the National Endowment for the Arts, having now settled this case, hereby stipulate to the dismissal of the above-captioned case, with prejudice.

Dated: May 19, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
CARLOTTA P. WELLS
Assistant Branch Directors

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE (SBN 295545)
ELLIOTT M. DAVIS
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Telephone: (202) 514-2705
Email: *Zachary.A.Avallone@usdoj.gov*

*Counsel for Defendants*

Dated: May 19, 2020

*/s/ Douglas Hallward-Driemeier*
DOUGLAS HALLWARD-DRIEMEIER*
Douglas.Hallward-Driemeier@ropesgray.com
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Telephone: (202) 508-4776

ANNE JOHNSON PALMER (SBN 302235)
Anne.JohnsonPalmer@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6337

KIRSTEN MAYER*
Kirsten.Mayer@ropesgray.com
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Telephone: (617) 951-7753

KIRSTEN MAYER*
Kirsten.Mayer@ropesgray.com
JESSICA L. SOTO*
Jessica.Soto@ropesgray.com
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7753

ETHAN M. WEINBERG*
Ethan.Weinberg@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9688

JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
4221 Wilshire Boulevard, Suite 280
Los Angeles, California 90010
Telephone: (213) 590-5903

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
SCOTT A. SCHOETTES*
sschoettes@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
65 E. Wacker Place, Suite 2000
Chicago, Illinois 60601
Telephone: (312) 663-4413

M. CURREY COOK*
ccook@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: (212) 809-8585

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Telephone: (202) 804-6245

AVATARA SMITH-CARRINGTON*
asmithcarrington@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, Texas 75219
Telephone: (214) 219-8585

*Counsel for Plaintiffs*

*Appearing *pro hac vice*